UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSEPH GUGLIELMO,
*on behalf of himself and all others similarly situated,*

         Plaintiff,

  -against-

GLOBE LIFE INC.,

         Defendant.

------------------------------------------------------------x

ORDER

20 Civ. 00607 (GBD)

GEORGE B. DANIELS, United States District Judge:

  This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

  All conferences previously scheduled are adjourned *sine die*.

Dated: April 1, 2020
   New York, New York

SO ORDERED.   APR 0 6 2020

_____
GEORGE B. DANIELS
United States District Judge